IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| HAROLD LEE PAGE, #565553 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-03-619 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on June 1, 2006. Petitioner has not filed his Objections to the Report and Recommendation.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Harold Lee Page (Instrument No. 1) is **DISMISSED** as time barred.

**DONE** at Galveston, Texas this 29th day of June, 2006.

Samuel B. Kent
United States District Judge